# In the United States Court of Federal Claims

No. 11-130 C

(Filed October 6, 2011)

| | | |
|---|---|---|
| RETURN MAIL, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Upon examination of the pleadings and the Joint Preliminary Status Report, and in view of the parties' agreement with respect to the use of the procedure of ¶¶ 8-9 and 11-12 of Judge Damich's pro forma Special Procedures Order for Cases Under 28 U.S.C. § 1498(a) ("Damich Order")[1]/ pursuant to RCFC 16(b) and ¶ 8 of Appendix A, it is **ORDERED** that the following schedule is established:

| Date | Event | Reference |
|---|---|---|
| 10/7/11 | Initial Disclosures | RCFC 26(A)(1) |
| 10/7/11 | Fact discovery opens. First day to serve interrogatories, document requests, notices of depositions, and/or requests for admissions.  Unless leave of the court is granted, the number of interrogatories shall not exceed twenty-five (25) per side, including discrete subparts.  Unless leave of the court is granted, the number of requests for admission shall not exceed seventy-five (75) per side.  Unless leave of the court is granted, the number of fact witness depositions shall not exceed ten (10) per side, including Rule 30(b)(6) deposition, with a deposition length of one (1) day of seven (7) hours.  For purposes of this limit, seven (7) hours of testimony pursuant to a Rule 30(b)(6) deposition notice shall be treated as a single deposition, regardless of the number of witnesses providing responsive testimony. | |

---

[1]/ "Damich Order" paragraph 10(c) shall be deemed as modified to incorporate all further expert disclosures required by RCFC 26(a)(2).  Disclosure requirements of RCFC 26(a)(2) and Damich Order 10(c) shall also apply to plaintiff when presenting expert testimony.

| 2/3/12 | Plaintiff's Initial Disclosure of Asserted Claims | Damich Order ¶¶ 8(a)-8(c) |
|---|---|---|
| 3/2/12 | Defendant's Initial Disclosure of Prior Art | Damich Order ¶¶ 8(d)-8(f) |
| 3/23/12 | Joint Exchange of Proposed Terms for Construction and Identification of Claim Construction experts | |
| 4/11/12 | Parties meet and confer on Proposed Terms for Construction | |
| 5/4/12 | Plaintiff's Claim Chart, Proposed Claim Construction Statement, and any expert reports in support of plaintiff's proposed claim constructions | Damich Order ¶¶ 9(a)&11(a) |
| 6/15/12 | Defendant's Claim Chart, Proposed Claim Construction Statement, and any expert reports in support of defendant's proposed claim constructions | Damich Order ¶ 9(b) & 11(b) |
| 6/29/12 | Parties meet and confer on Joint Claim Construction Statement | Damich Order ¶ 12(a) |
| 7/13/12 | Filing of Joint Claim Construction Statement | Damich Order ¶ 12(b) |
| 7/27/12 | Completion of Claim Construction Discovery, including depositions of experts | |
| 8/31/12 | Plaintiff's Opening Brief for Claim Construction Hearing | Damich Order ¶ 12(d)(i) |
| 10/5/12 | Defendant's Responsive Brief for Claim Construction Hearing | Damich Order ¶ 12(d)(ii) |
| 10/19/12 | Plaintiff's Reply Brief for Claim Construction Hearing | Damich Order ¶ 12(d)(iii) |
| November 2012 | The Claim Construction Hearing shall be scheduled by further order after consultation with counsel as to availability. | |

s/ James F. Merow
James F. Merow
Senior Judge