# In the United States Court of Federal Claims
No. 11-130 C
(Filed June 14, 2012)

| | |
|---|---|
| RETURN MAIL, INC., | ) |
|    Plaintiff, | ) |
|         v. | ) |
| | ) |
| THE UNITED STATES, | ) |
|         Defendant. | ) |

## ORDER

A telephone conference was held on June 14, 2012, to discuss proceedings concerning Defendant's Motion to Compel (ECF No. 31), filed May 11, 2012. Participating were George F. Pappas and Sarah L. Wilson, for plaintiff and John A. Hudalla and Conrad J. DeWitte, Jr., for defendant.

Counsel provided helpful discussion concerning whether, before defendant submits its Claim Chart, additional claim construction by plaintiff is required for 14 patent claim terms plaintiff listed as "plain and ordinary meaning." Following the discussion it was decided that defendant should proceed with its Claim Chart submission. Plaintiff agreed to a two-week extension in the time for defendant's Claim Chart submission. Should defendant submit a Claim Construction other than "plain and ordinary meaning" for any of the 14 terms, counsel are to confer to see if agreement can be reached as to the proposed Claim Constructions. If agreement is not reached, within 14 days following the defendant's submission of its Claim Chart plaintiff is to submit a supplemental Claim Chart containing any differing construction for any of the 14 "plain and ordinary meaning" terms together with a listing of supporting data.

To accommodate this alteration in the Claim Construction Procedure, it is **ORDERED**:

(1) The time for serving defendant's Claim Chart, Proposed Claim Construction Statement, and any expert reports in support of defendant's proposed claim construction is enlarged from June 15, 2012 to **June 29, 2012**;

(2) Plaintiff shall serve any supplemental Claim Chart and supporting material required by **July 13, 2012**; and

(3) The time for parties to meet and confer on the Joint Claim Construction Statement together with the times for all following submission are enlarged 30 days as noted in the following chart.

| | | |
|---|---|---|
| 7/30/12 | Parties meet and confer on Joint Claim Construction Statement | Damich Order ¶ 12(a) |
| 8/13/12 | Filing of Joint Claim Construction Statement | Damich Order ¶ 12(b) |
| 8/27/12 | Completion of Claim Construction Discovery, including depositions of experts | |
| 10/1/12 | Plaintiff's Opening Brief for Claim Construction Hearing | Damich Order ¶ 12(d)(I) |
| 11/5/12 | Defendant's Responsive Brief for Claim Construction Hearing | Damich Order ¶ 12(d)(ii) |
| 11/19/12 | Plaintiff's Reply Brief for Claim Construction Hearing | Damich Order ¶ 12(d)(iii) |
| December 2012 | The Claim Construction Hearing shall be scheduled by further order after consultation with counsel as to availability. | |

(4) Proceedings on Defendant's Motion to Compel (ECF No. 31) are suspended pending further order of the court.

s/ James F. Merow  
James F. Merow  
Senior Judge