# EXHIBIT D



# Glossary of Postal Terms

Publication 32                                            May 1997

A. **Purpose.** This glossary defines words and phrases that are unique to, or have special meanings within, the U.S. Postal Service. Automatic data processing terms that are specific to the Postal Service have also been incorporated. This glossary does not provide comprehensive or precise legal definitions. In any contradiction between a term in this glossary and a Postal Service directive, the directive supersedes the definition.

B. **Requisition.** To obtain additional copies submit Form 7380, *MDC Supply Requisition,* to your material distribution center.

C. **Questions and Comments.** Questions and comments, including suggestions for a term that you wish to be included in future editions, should be sent to:

> PUBLICATION 32 EDITOR
> CORPORATE PUBLISHING & INFORMATION MANAGEMENT
> US POSTAL SERVICE
> 475 L'ENFANT PLZ SW RM 2800
> WASHINGTON DC  20260-1540

D. **Cancellations.** All previous issues of Publication 32 and Publication 32-A are obsolete.

E. **Effective Date.** This publication is effective May 1997.

*Richard D. Weirich*
*Vice President*
*Information Systems*

# Glossary of Postal Terms

Publication 32, *Glossary of Postal Terms,* defines words and phrases that are unique to, or have special meanings within, the U.S. Postal Service. This glossary does not provide comprehensive or precise legal definitions. In any contradiction between a term in this glossary and a current USPS directive, the directive supersedes the definition. Publication 32-A, *USPS Glossary of ADP Terms,* is now obsolete. Postal-specific automatic data processing terms have been incorporated into this version of Publication 32.

This glossary was first published in 1974 and has been updated several times since then to reflect the changing terminology and technology within the USPS. Most obsolete terms have been deleted, but others that might still appear in print are retained and cross-referenced to the current term. Moreover, many new terms have been added.

If you wish to suggest a term to be included in future editions, send the term and definition to:

PUBLICATION 32 EDITOR
CORPORATE PUBLISHING & INFORMATION MANAGEMENT
US POSTAL SERVICE
475 L'ENFANT PLAZA SW RM 2800
WASHINGTON DC  20260-1540
Fax (202) 268-2839

## Capitalization

Terms that are the equivalent of proper names or represent code words are capitalized; terms that are general — applying to a group or category — are not capitalized. For example, the proper names of specific systems, services, and computer programs are capitalized herein, as are the names of specific committees and boards. However, most entries

ending in office, center, facility, or unit, and various descriptive terms ending in delivery and mail, are considered general and are not capitalized.

Position titles are not capitalized, whether the position is held by many (such as clerk) or by few (such as vice president). Organizational unit names, however, are capitalized to distinguish them from the same function (compare Finance with finance).

Trademarks and terms whose registration is pending are always capitalized when used as nouns. (Check *Domestic Mail Manual* G013 for a current list.) Moreover, the abbreviated or acronym form is always capitalized; for example, COD for the term "collect on delivery."

## Abbreviations and Acronyms

Commonly used acronyms are found in parentheses next to the term they represent. In addition, a list of acronyms and the respective terms are found on page 129.

## Forms

Forms referenced herein are U.S. Postal Service forms unless otherwise noted.



**activity code** — A one-digit number that indicates the functional area in which a USPS employee is assigned; it is usually joined to the two-digit designation code as a second element. (See also *labor distribution code.*)

**activity model** — A graphical representation of a USPS business process that exhibits the activities that make up the postal business process to any desired level of detail. An activity model reveals the interactions between postal activities in terms of inputs and outputs while showing the controls placed on each activity and the types of resources assigned to each activity.

**activity model (AS-IS)** — An activity model that portrays how a USPS business process is currently structured. It is used to establish a baseline for subsequent postal business process improvement actions or programs.

**activity model (TO-BE)** — An activity model that results from a USPS business process redesigned action or program. The TO-BE model shows how the postal business process will function after the improvement action is implemented.

**activity, non-value added** — Any activity that provides a negative return on the investment or allocation of resources to that activity. Within broad limits, the enterprise benefits by allocating less resources to non-value added activities.

**activity, value added** — Any USPS activity that contributes directly to the performance of a mission, and could not be eliminated without impairing the mission.

**actual count (AC)** — The exact numerical count of all mail classes worked.

**additional entry (AE)** — A post office other than the office of original entry where a publisher is authorized to present copies of nine Periodicals for postal verification.

**additional mailing office** — A post office, other than the original mailing office, used to mail Nonprofit Standard Mail.

**address** — The location to which the USPS is to deliver or return a mailpiece. It consists of certain elements such as recipient name, street name and house number, and city, state, and ZIP Code as required by the mail class.



**restricted matter** — Any item on which certain mailing restrictions have been imposed for legal reasons other than risk of harm to persons or property involved in moving the mail and that require specific endorsements and markings. Examples include intoxicating liquors, abortive or contraceptive devices, odd-shaped items in envelopes, motor vehicle master keys, locksmithing devices as well as odor-producing materials, certain liquids and powders, and battery-powered devices. (Compare with *hazardous matter* and *perishable matter*.)

**Retail Analysis Program (RAP)** — A program to monitor customer traffic, transactions, and other retail operations. Information from program surveys aids management decisions in areas such as staffing, workload, facility location, and service requirements.

**retail facility** — A postal unit (a post office and its subordinate units as well as military post offices) that sells postage stamps and provides other postal retail services to customers. The subordinate units are within the service area of a main post office and include post office stations, post office branches, contract postal units, and nonpersonnel units.

**retail site verification program (RSVP)** — A data base that provides up-to-date information about facility and revenue performance at retail units operated by the Postal Service. The RSVP system is designed to support retail functions for USPS Headquarters, area offices, and district offices.

**retrace** — The part of a rural route traversed twice by the rural carrier. To travel past the part of the route already served.

**return address** — A mailpiece element that is usually placed in the upper left corner of the mailpiece to indicate the address of the sender. This address indicates where the sender wants the mail returned if it is undeliverable and where the sender will pay any fee due for that mail. (See also *undeliverable as addressed*.)

**return mail** — Mail that must be sent in the opposite direction for proper dispatch. (Also called *turnback mail*.)



**uncoded** — Mail on which the delivery address does not include a ZIP Code. (Also called *unzipped*.)

**undeliverable as addressed (UAA)** — Mail that the USPS cannot deliver as addressed and must forward to the addressee, return to the sender, or send to a mail recovery center (depending on treatment authorized for that mail class). (See also *address correction service, Computerized Forwarding System II, markup, nixie, return address, throwback case,* and *tracer.*)

**unique ZIP Code** — A ZIP Code assigned to a company, government agency, or entity with sufficient mail volume, based on average daily volume of letter-size mail received, availability of ZIP Code numbers in the postal area, and USPS cost-benefit analyses.

**unit reserve stock** — All postage stamps, postal stationery, nonpostal stamps, and philatelic products received by the window unit of a main post office, post office station, or post office branch but not yet consigned to a clerk.

**United States Code (USC)** — The official restatement of the general and permanent laws of the United States; title 39 USC contains laws relating to the USPS.

**United States Postal Service (USPS)** — An independent agency of the executive branch, the USPS was established on July 1, 1971, by the Postal Reorganization Act, when it became the successor to the Post Office Department. The USPS logo is a USPS trademark.

**Universal Postal Union (UPU)** — An international postal organization that is a specialized agency of the United Nations. Its 189 member countries form a single postal territory for the reciprocal exchange of letter-post items. Its Convention establishes the common rules applicable to the international postal service and the provisions governing letter-post services.

**untied dispatch** — Loose letter-size mail or flat-size mail packed in a sack, pouch, or letter tray or flat tray for direct dispatch to destinations.