# EXHIBIT E

# Return Mail Inc.

## Business Plan Presentation
## To
## Lockheed Martin
## Distribution Technologies
## Tulsa, Ok

July 13, 2000

by

Ron Cagle, President

Mitch Hungerpiller, Chairman of the Board

RMI Company Confidential

RMI-00009170

**"Return Mail Inc., an automated return mail company"**           Tuesday, July 11, 2000

decision to lease or buy.

RMI has obtained estimates from a number of manufacturers for the purchase of used mail sorters ranging in prices from $50,000 to $201,000. The most compelling offer has come from Steven C. Brandau of Lockheed Martin Distribution Technologies (LMDT). Mr. Brandau has offered to exchange proprietary information with RMI. Furthermore, Mr. Brandau has expressed an interest to contribute mail sort equipment to RMI for some future benefit from RMI. The details of this offer are still outstanding.

Bell and Howell is offering various 16 bin sorters at deep discounts for lease or purchase. RMI management will evaluate Lockheed Martin Distribution Technologies before pursuing Bell and Howell further. American Mailing Equipment, Inc. has quoted several options to RMI. RMI is deferring these options until after LMDT finalizes its offer.

One centralized application network fileserver will need to be purchased as well as one PC per employee as volume demands. Costs for the application server cannot be immediately determined pending the mail sorter decision. RMI management feels that a budget of $20,000 initially will fulfill the startup needs. Various telecommunications equipment will need to be purchased or leased. Currently, RMI landlord, B & P Realty, has offered startup telecommunications services as part of lease agreement.

**Operations facility:** RMI considered several options regarding the type of facility to utilize. Because Mr. Mitchell Hungerpiller does not wish to tie up funds on a long-term basis, the purchase of a training facility was not considered a reasonable option.

RMI has negotiated a favorable lease with the property management firm, B & P Realty, that manages a 25,000 square foot warehouse building in downtown Birmingham. The firm has offered RMI a flexible month-to-month lease. The monthly rent is $500. This rental amount includes water, waste removal, and all maintenance costs. RMI is responsible for its own utilities. The lease commenced May 23, 2000. B & P Realty has offered RMI up to 5,000 square feet as demand increases.

### Financial Projections

Based on a survey of 20 potential customers, including customers in Birmingham, Atlanta, Chicago, Charlotte and Boston, it was determined that RMI can expect to generate initial business to process 600,000 return mail pieces per month. Unit costs are projected to range from $.15 to $1.00. It is estimated that unit volume can grow to support a pro forma sales volume of over $4,000,000 within six months.

Because the demand for RMI services is expected to grow explosively after the first year of operation, gross revenue for the second year could increase by 200 percent to $25,000,000.

While these calculations are based on an average of all the gross profit or loss by month, RMI, like many businesses in the high technology e-business industry, will be subject to common business cycles. Market research shows that the any business in the e-business space can be extremely difficult to predict. However, preliminary estimates of return mail available for automated processing number in the hundreds of millions per day.

In the second year of operations, RMI plans on offering its return mail processing services to the United States Postal Service (USPS). The financial opportunities for the USPS adoption are beyond the scope of this business plan. Accordingly, RMI plans to license its processes and application program interfaces to the USPS.

Mitchell Hungerpiller is currently heavily involved with developing Internet home pages at his current job with MWC. He feels that the cost of Internet connect time will continue to fall as bandwidth increases. Thus, RMI will incur little additional expense by offering substantially increased data over lower cost Internet network delivery systems.