# In the United States Court of Federal Claims

No. 11-130 C

(Filed: January 11, 2017)

|  |  |
|---|---|
| RETURN MAIL, INC., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

Pursuant to Rule 40.1 (c) of the Rules of the United States Court of Federal Claims, and because I find that the transfer of this case is necessary for the efficient administration of justice, the Clerk of Court shall randomly reassign this case.

IT IS SO ORDERED.

s/ Patricia E. Campbell-Smith
PATRICIA E. CAMPBELL-SMITH
Chief Judge